IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:24-cr-00009-MR-WCM

| UNITED STATES OF AMERICA | ) | |
| --- | --- | --- |
| | ) | |
| | ) | ORDER |
| v. | ) | |
| | ) | |
| DEREK SHANE LAWRENCE | ) | |
| _____ | ) | |

This matter is before the Court on a *pro se* letter from Defendant, which requests an order directing that Defendant be allowed to receive certain medical treatment. Doc. 41.

As Defendant has been, and remains, represented by counsel, his *pro se* motion is procedurally improper. See Local Criminal Rule 47.1(g).

Accordingly, Defendant's Letter (Doc. 41), which the Court construes as a motion, is **DENIED**.

It is so ordered.

Signed: December 16, 2024

W. Carleton Metcalf
United States Magistrate Judge